**1**

Haywood ORANGE v. STATE. (No. 11484.) Court of Criminal Appeals of Texas. Feb. 1, 1928. Appeal from District Court, Rusk County; R. T. Brown, Judge. Futch & Cooper, of Henderson, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for selling intoxicating liquor; punishment, 1½ years in the penitentiary. There appears in the record an affidavit in proper form made by the appellant requesting that his appeal be dismissed. The application is granted, and the appeal is dismissed, at the request of the appellant.

---

**2**

E. A. PALMER v. STATE. (No. 11509.) Court of Criminal Appeals of Texas. Feb. 8, 1928. Appeal from District Court, Tom Green County; J. F. Sutton, Judge. W. A. Johnson, of San Angelo, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for felony theft; punishment, five years in the penitentiary. The record is here without any statement of facts. There are three bills of exception, each of which has been examined, but the supposed error set out in each is impossible of appraisement by us in the absence of the facts of the case. The indictment appears to be in conformity to the statute, as is the charge of the court, and the judgment and sentence. No error appearing, the judgment will be affirmed.

---

**3**

Eldredge PERKINS v. STATE. (No. 11549.) Court of Criminal Appeals of Texas. Feb. 8, 1928. Appeal from District Court, San Jacinto County; J. L. Manry, Judge. M. E. Gates, of Huntsville, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for murder; punishment, 25 years in the penitentiary. The record comes here without any statement of facts or bills of exception. We find no error in the indictment, the charge of the court, the judgment, or the sentence. The judgment is affirmed.

---

**4**

J. K. PLATT v. STATE. (No. 11472.) Court of Criminal Appeals of Texas. Feb. 1, 1928. Appeal from District Court, Navarro County; Hawkins Scarborough, Judge. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for embezzlement; punishment fixed at confinement in the penitentiary for a period of two years. The record is before us without bills of exceptions or statement of facts. The indictment appears regular. No fundamental error has been per-

ceived or pointed out. The judgment is affirmed.

---

**5**

Harry RANDALL v. STATE. (No. 11573.) Court of Criminal Appeals of Texas. Feb. 8, 1928. Appeal from District Court, Hardin County; Thos. B. Coe, Judge. F. G. Vaughn, of Beaumont, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for assault to murder; punishment fixed at confinement in the penitentiary for a period of two years. The indictment appears regular. The record is before us without bills of exceptions or statement of facts. No fundamental error having been perceived or pointed out, the judgment is affirmed.

---

**6**

Wm. A. CLARK, Appellant, v. NEW NUECES HOTEL COMPANY, Appellee. (No. 7935.) Court of Civil Appeals of Texas. San Antonio. Feb. 20, 1928. Appeal from Nueces County Court; Nat. Benton, Judge. E. T. Simmang, Jr., of Corpus Christi, for appellant. Boone & Savage and Felix A. Raymer, all of Corpus Christi, for appellee.

COBBS, J. Appellant brought this suit in the justice's court of Nueces county against appellee on an alleged breach of contract of employment, at a salary of $125 per month, for the months of June, July, and August, 1926; but on the 12th day of July, 1926, appellant was discharged on the ground of incompetency and was paid his salary up to the date of his discharge. The case was appealed to the county court, and there tried by the court with a jury, who found the facts in favor of appellee, and thereupon judgment was entered by the trial court in favor of appellee. We find that the facts support the findings of the jury and the judgment of the court thereon. The case has been fairly tried, and substantial justice administered; hence the judgment is affirmed.